DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL ANTHONY IBARRA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-116

[June 4, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert A. Belanger, Judge; L.T. Case No. 562002CF003666A.

Michael Anthony Ibarra, Bushnell, pro se.

No brief required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***